THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH LEFF, Defendant-Appellant.

(No. 73-374; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Second District (1st Division)—February 10, 1975.

Opinion by Mr. JUSTICE GUILD.

Frank Wesolowski, Jr., Public Defender, of Wheaton (Robert H. Heise, Assistant Public Defender, of counsel), for appellant.

John J. Bowman, State's Attorney, of Wheaton (Ralph J. Gust, Jr., Assistant State's Attorney, of counsel), for the People.

CHARLES F. WOHLHUTER, Plaintiff-Appellant, *v.* ST. CHARLES LUMBER & FUEL CO. *et al.*, Defendants-Appellees.

(No. 73-220; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Second District (1st Division)—February 7, 1975.